UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-09953-DDP (JEMx) | Date | August 31, 2016 |
|---|---|---|---|
| Title | Gilbert Lerma, Jr. v. Ernie Armijo, et al. | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS (Docket No. 42)**

    Before the Court is Plaintiff Gilbert Lerma, Jr.'s Motion to Compel Defendants Ernie Armijo, Joe Armijo, Robert Flores, David Rodrigues, Rudy Paredes and Roger Tores ("Defendants") to produce and permit inspection of documents and to pay sanctions in the amount of $1,225. Defendants did not submit their portion of the Joint Stipulation or otherwise respond to the Motion to Compel.

    Accordingly, the Court issues an ORDER TO SHOW CAUSE why the Court should not enter all the relief requested by Plaintiff, no later than **September 8, 2016**.

cc:   Parties

                                                                                                         :

Initials of Deputy Clerk         sa